UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L F, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT,<br><br>        Defendant. | Case No. 3:20-cv-07038-JD<br><br>**ORDER TO SHOW CAUSE** |

In August 2021, the parties attended a settlement conference during which a settlement was "read on the record" and only "conditioned on Board approval." Dkt. No. 25. The minutes from the settlement conference state: "Defendant will make best efforts to get the proposed settlement before the Board this month." *Id.* Since that time, there has been radio silence from the parties.

Consequently, plaintiffs are ordered to show cause in writing by June 5, 2023, why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). The parties may also, by the same deadline, file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: May 26, 2023

JAMES DONATO
United States District Judge